PROB 12B
(7/93)

Report Date: March 3, 2008

# United States District Court

for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 06 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Juan Josue Fuentes          Case Number: 2:07CR06012-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 2/26/2004          Type of Supervision: Supervised Release

Original Offense: Transportation of an Unlawful Alien Within the United States, 8 U.S.C. § 1324(a)(1)(A)(ii) and (a)(1)(B)(ii)

Date Supervision Commenced: 3/28/2005

Original Sentence: Prison - 18 Months; TSR - 36 Months

Date Supervision Expires: 3/27/2008

---

### PETITIONING THE COURT

To extend the term of supervision for 12 months, for a total term of 48 months.

### CAUSE

Juan Josue Fuentes failed to submit to urine drug testing on January 31, 2008, and February 4, 2008. Mr. Fuentes also failed to comply with his substance abuse treatment by failing to report for counseling sessions as directed by the treatment provider. It is respectfully recommended that an appropriate sanction for these violations is the extension of his term of supervised release for an additional 12 months. This will also allow the defendant to show that he can comply with the terms of his supervision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   3-3-08

*[signature]* for Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
FVS [X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

March 6, 2008
_____
Date