Case 2:07-cr-06012-FVS   Document 57   Filed 01/26/10

PROB 12B
(7/93)

Report Date: January 21, 2010

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 26 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Juan Josue Fuentes          Case Number: 2:07CR06012-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 2/26/2004          Type of Supervision: Supervised Release

Original Offense: Transportation of an Unlawful Alien Within the United States, 8 U.S.C. § 1324(a)(1)(A)(ii) and (a)(1)(B)(ii)          Date Supervision Commenced: 9/13/2007

Original Sentence: Prison - 18 Months; TSR - 36 Months          Date Supervision Expires: 9/12/2010

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21    You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

Mr. Fuentes recognizes that many of his troubles on supervision are as a result of his inability to control his temper. The defendant is requesting mental health counseling to help him deal with his anger issues.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 21, 2010

Curtis G. Hare
U.S. Probation Officer

Prob 12B
**Re: Fuentes, Juan Josue
January 21, 2010
Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

*Fred Van Sickle*
Signature of Judicial Officer

January 26, 2010
Date