PROB 12C
(7/93)

Report Date: October 12, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 2 2 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Juan Josue Fuentes          Case Number: 2:07CR06012-001

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Kennewick, WA 99336

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U. S. District Judge

Date of Original Sentence: 2/26/2004

Original Offense:    Transportation of an Unlawful Alien Within the United States, 8 U.S.C. § 1324(a)(1)(A)(ii) and (a)(1)(B)(ii)

Original Sentence:   Prison - 18 Months; TSR - 36 Months          Type of Supervision: Supervised Release

Asst. U.S. Attorney: Gregory M. Shogren          Date Supervision Commenced: 1/12/2010

Defense Attorney:    Kraig Gardner             Date Supervision Expires: 10/11/2012

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On September 30, 2010, Juan Josue Fuentes was charged with Child Rape, 2nd Degree, Communicate with a Minor for Immoral Purposes, and Supplying Liquor to Minors, Franklin County District Court, docket no. PC0008306. Mr. Fuentes is charged with supplying liquor to a 13 year old girl and having sex with her. The defendant is incarcerated with a $50,000 bail ordered. |
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On July 11, 2010, Juan Josue Fuentes was charged with driving under the influence of alcohol and driving with a license suspended or revoked, 3rd degree, Benton County District Court, Kennewick, WA, docket number J00730578. Next court date is set for October 21, 2010. |

Prob12C
Re:  Fuentes, Juan Josue
October 12, 2010
Page 2

    3    **Special Condition # 15**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but not more that six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: According to criminal charges filed, Juan Josue Fuentes consumed alcohol on July 11, 2010, and August 30, 2010.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10/12/2010

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

Oct 21, 2010
Date